1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10    EDWARD KENNEDY,                  )  CASE NO. CV 09-3447-GAF (PJW)
                                       )
11                 Petitioner,         )
                                       )  ORDER ACCEPTING REPORT AND
12            v.                       )  RECOMMENDATIONS OF UNITED STATES
                                       )  MAGISTRATE JUDGE AND DENYING
13    MATHEW CATES,                    )  CERTIFICATE OF APPEALABILITY
                                       )
14                 Respondent.         )
      _____)

15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

17   the records on file, and the Report and Recommendation of United

18   States Magistrate Judge.  No objections to the Report and

19   Recommendation have been filed.  The Court accepts the Magistrate

20   Judge's Report and adopts it as its own findings and conclusions.

21        Further, for the reasons stated in the Report and Recommendation,

22   the Court finds that Petitioner has not made a substantial showing of

23   the denial of a constitutional right and, therefore, a certificate of

24   appealability should not issue in this action.  *See* 28 U.S.C.

25

26

27

28

1 § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.
2 322, 336 (2003).
3
4      DATED:        3/11/10      .
5
6
7                              GARY A. FEESS
                               UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 S:\PJW\Cases-State Habeas\KENNEDY, E 3447\Order accep r&r.wpd