UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD KENNEDY, | ) | CASE NO. CV 09-3447-GAF (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| MATHEW CATES, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 3/11/10

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\KENNEDY, E 3447\Judgment.wpd